UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI,

           Plaintiff,

- against -

RUBBER STAMPS UNLIMITED, INC.,

           Defendant.

**ORDER**

23 Civ. 3073 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Rubber Stamps Unlimited, Inc. seeks leave to file a motion to dismiss Plaintiff's claims. (See Def. Ltr. (Dkt. No. 18))  Briefing concerning Defendant's motion to dismiss will proceed on the following schedule:

    (1)    Defendant's motion is due by **December 7, 2023.**

    (2)    Plaintiff's opposition is due by **December 28, 2023.**

    (3)    Defendant's reply, if any, is due by **January 4, 2024.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

Dated: New York, New York
       November 15, 2023

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge